UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re Penapu Nena Mudung, | Case No. 2:25-cv-02345-CDS-MDC<br><br>**Order Granting Respondents'<br>Motion to Extend Time**<br><br>[ECF No. 12] |

In the respondents' motion to extend time, they request a thirteen-day extension to file a response to Penapu Nena Mudung's petition for writ of habeas corpus. ECF No. 12. The respondents assert there is good cause for an extension because counsel's "prearranged leave conflicts with the current deadline to file and serve a responsive pleading." *Id.* at 2–3. Because Mudung is unopposed to accommodating one extension, the respondents' motion **[ECF No. 12] is granted**. The response must be filed on January 7, 2026.

Dated: December 23, 2025

_____
Cristina D. Silva
United States District Judge